IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

REGINA WOODS
(D.O.B.: 5-16-80)

    Plaintiff,

v.

BICKFORD SENIOR LIVING
GROUP, L.L.C. d/b/a
BICKFORD COTTAGE,

    Defendant.

LAW NO. CL-106002

ORIGINAL NOTICE

To the Above-Named Defendant:

Bickford Senior Living Group, L.L.C.
d/b/a Bickford Cottage
5050 Hawthorne Drive
West Des Moines, IA 50265

You are hereby notified that there is now on file in the office of the clerk of the above court Petition and Jury Demand in the above-entitled action, a copy of which is attached hereto. The plaintiff's attorneys are James R. Bowers and Kenneth L. Butters, whose address is 6701 Westown Parkway, Suite 100, West Des Moines, IA 50266.

You are further notified that unless, within 20 days following the filing of this notice with the clerk of court, you serve, and within a reasonable time thereafter file, a motion or answer, in the Iowa District Court for Polk County, at the county courthouse in Des Moines, Iowa, judgment by default will be rendered against you by this court.

*Randy Osborn*

CLERK OF THE ABOVE COURT
Polk County Courthouse
500 Mulberry Street
Des Moines, IA 50309

NOTE: The attorney who is expected to represent the defendant should be promptly advised by defendant of the service of this notice. If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 515-286-3394. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

Exhibit 1

IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

REGINA WOODS
(D.O.B.: 5-16-80)

      Plaintiff,

v.

BICKFORD SENIOR LIVING
GROUP, L.L.C. d/b/a
BICKFORD COTTAGE,

      Defendant.

LAW NO. 106002

PETITION AT LAW
AND JURY DEMAND

COMES NOW the Plaintiff Regina Woods and for her cause of action against the Defendant Bickford Senior Living Group, L.L.C. d/b/a Bickford Cottage states the following:

1. This action is brought under the Iowa Civil Rights Act ("ICRA"), Iowa Code chapter 216 and other common law causes of action.

2. Plaintiff Regina Woods ("Woods") is a citizen and a resident of the United States, and at all times material hereto was a resident of West Des Moines, Polk County, Iowa. Woods is 27 years old and therefore protected from discriminatory practices pursuant to Iowa Code Chapter 216.

3. Defendant Bickford Senior Living Group, L.L.C. d/b/a Bickford Cottage ("Bickford Cottage") is a foreign corporation organized and existing under the laws of the State of Kansas and is authorized to do business in the State of Iowa.

## PROCEDURAL REQUIREMENTS

4. On February 26, 2007, within 180 days of the act of which she complains, Woods filed a charge of employment discrimination with the Iowa Civil Rights Commission against the above named Defendant.

FILED
POLK COUNTY IA
07 JUL 12 AM 10:37
CLERK DISTRICT COURT

5. On June 19, 2007, less than 90 days prior to the filing of this Petition, the Iowa Civil Rights Commission issued to Woods, pursuant to Iowa Code §216.16, a letter of Right to Sue with respect to such charge of discrimination.

## FACTUAL BACKGROUND

6. Woods began working for Bickford Cottage in May 1, 2006 in Ames, Iowa and was transferred to another Bickford Cottage location in West Des Moines, Iowa in August 2006 until her termination on February 2, 2007.

7. Throughout her employment with Bickford Cottage, Woods performed her duties in an exemplary manner.

8. Woods was hired as a Certified Medication Aid (CMA) and dispensed medications during the two months she was employed at Bickford Cottage in Ames. At the time of her termination by Bickford Cottage Woods was in the hospital and unable to attend work and had given notice of same to Bickford Cottage.

9. Woods is African-American and she and other African-American employees of Bickford Cottage in West Des Moines were treated differently than Caucasians as to: the type of work she performed; how her breaks were handled; in not receiving proper training as Caucasians did; failed to be timely promoted and fairly compensated relative to Caucasians and repeatedly was threatened to be terminated because she spoke to the supervisor above her immediate supervisor Kris relating to being treated unfairly and differently because of her race.

## COUNT I

## IOWA CODE CHAPTER 216 – RACE DISCRIMINATION

10. Woods realleges and incorporates herein by reference the allegations contained in paragraphs 1 though 9 of this Petition as if fully set forth herein.

11. Defendant discriminated against Woods as set forth above in violation of Iowa Code Chapter 216.

12. The motivating factor for the Defendant's treatment of Woods was her race.

13. Defendant can offer no lawful reason for their treatment of Woods and any pro-offered reason is a pretext for illegal discrimination.

14. Defendant knew that its acts violated Iowa Code Chapter 216 or showed reckless disregard for whether its acts were prohibited by the ICRA.

WHEREFORE, Plaintiff Regina Woods prays for the following relief:

a. That the Court declare the Defendant's conduct complained of herein to be in violation of the Plaintiff's rights as secured by the ICRA;

b. That the Court permanently enjoin Defendant and their owners, officers, management personnel, employees, agents, attorneys, successors and assigns and those acting in concert therewith from any conduct violating Plaintiff's rights or the rights of other similarly situated as secured by the ICRA;

c. That the court award Plaintiff compensatory damages;

d. That the Court award Plaintiff punitive damages;

e. That the Court order Defendant to make whole the Plaintiff by providing her appropriate past and future lost earnings and benefits with prejudgment interest, and other affirmative relief;

f. That the Court award Plaintiff attorney's fees and costs incurred in prosecuting this action; and

g. That the Court award Plaintiff such additional and further relief as it deems just and proper.

## JURY DEMAND

COMES NOW the Plaintiff Regina Woods and hereby demands a jury trial of all issues triable to a jury.

Kenneth L. Butters AT #0001404
BRICK, GENTRY, BOWERS,
SWARTZ, STOLTZE & LEVIS, P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Telephone: (515) 274-1450
Facsimile: (515) 274-1488

ATTORNEYS FOR PLAINTIFF
REGINA WOODS

Original filed.