IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| REGINA WOODS, | ) | |
| | ) | NO. 4:07-cv-358-RP-RAW |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| BICKFORD SENIOR LIVING GROUP, L.L.C. d/b/a BICKFORD COTTAGE, | ) ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is plaintiff's motion to dismiss this case with prejudice [11]. The case has settled. The Clerk of Court shall dismiss plaintiff's complaint with prejudice.

IT IS SO ORDERED.

Dated this 29th day of April, 2008.

_____
ROSS A. WALTERS
UNITED STATES MAGISTRATE JUDGE